UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GIANELLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD STEVEN SCHOENFELD, et al.,<br><br>　　　　Defendants. | No.  2:21–cv–0477–JAM–KJN PS<br><br>ORDER DENYING ELECTRONIC FILING<br><br>(ECF No. 12) |

Presently pending before the court is plaintiff's motion to participate in electronic case filing.[1] (ECF No. 12.) Generally, "any person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). Although plaintiff's motion contains a thorough explanation of her history of self-representation and reasons for wishing to e-file, the court does not find good cause for departing from the Local Rule applicable to unrepresented litigants at this time.[2] If the case proceeds and plaintiff has not

---

[1] This action is referred to the undersigned pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and Local Rule 302(c)(21).

[2] The court cannot provide plaintiff a referral to any particular attorney, as she requests, but the undersigned notes that organizations such as the California State Bar Association Lawyer Referral Services, Capital Pro Bono Employment Law Clinic, and Legal Aid at Work may be able to assist plaintiff in that regard.

1

abused the filing procedures, the court will consider a further motion for e-filing privileges.  At the current stage, however, the motion is DENIED.  Plaintiff is reminded that her opposition or statement of non-opposition to defendant Silver's motion to dismiss—currently set for remote hearing on April 29, 2021 (ECF Nos. 6, 10)—must be received by the court no later than April 15, 2021.  See E.D. Cal. L.R. 230(c).

Dated:  April 9, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

AW, gian.0477