UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GIANELLI, | No. 2:21-cv-00477-DAD-KJN (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND DISMISSING ACTION |
| RONALD STEVEN SCHOENFELD, et al., | |
| Defendants. | (Doc. Nos. 46, 48, 57) |

      Plaintiff Sheila Gianelli is proceeding *pro se* in this civil action against defendants Ronald Steven Schoenfeld, Debra Lee Silver, Lance Schultz, Nick Dujmovich, and Pacific Gas and Electric Company ("PG&E"). This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302.

      On August 10, 2022, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motions to dismiss (Doc. Nos. 46, 48) be granted and that all of plaintiff's claims be dismissed. (Doc. No. 57.) Specifically, the magistrate judge recommended that all of plaintiff's claims against defendants Dujmovich, Schoenfeld, Schultz, and Silver be dismissed with prejudice for failure to state a claim, and that all of plaintiff's claims against defendant PG&E be dismissed due to lack of subject matter jurisdiction. (*Id.*) The findings and recommendations were served on all parties and contained notice that any objections thereto were

to be filed within fourteen (14) days of service.  (*Id.* at 22–23.)  No objections have been filed, and the time to do so has since passed.

In accordance with the provisions of Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 10, 2022 (Doc. No. 57) are adopted in full;
2. Defendant Silver's motion to dismiss (Doc. No. 46) is granted;
3. Defendants Dujmovich and Schultz's motion to dismiss (Doc. No. 48) is granted;
4. All claims against defendants Dujmovich, Schoenfeld, Schultz, and Silver are dismissed with prejudice for failure to state a claim;
5. All claims against defendant PG&E are dismissed due to lack of subject matter jurisdiction; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 8, 2022**

UNITED STATES DISTRICT JUDGE